Receipt # 11090350
$ 3,736.66

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 7-30-10

CASE: Norval D Auge
Eleanor M. Auge

DOCKET #: 05-17725

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Check issued not cash in 90 dys.

$3736.66

P/C Bank of New York
POB 6968
Newark DE 19725-9935

RECEIVED AUG - 3 2010 BANKRUPTCY COURT BUFFALO, NY